**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 19-00350-01-CR-W-GAF |
| ) | |
| **WILLIAM D. FULLBRIGHT,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On November 30, 2020, Defendant appeared pursuant to Fed. R. Crim. P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty to Count One of the Indictment (Doc. #2) before United States Magistrate Judge Lajuana M. Counts. On November 30, 2020, Judge Counts issued her Report and Recommendation (Doc. #35). Objections were due on or before December 14, 2020. No objections were filed.

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Lajuana M. Counts.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The defendant's sentencing hearing will be scheduled and the parties notified of the date and time of sentencing.

SO ORDERED.

                                                                          <u>s/ Gary A. Fenner</u>  
                                                                          GARY A. FENNER, JUDGE  
                                                                          UNITED STATES DISTRICT COURT

DATED:  December 15, 2020